J. Russell Stedman (117130), rstedman@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
MCMORGAN & COMPANY LLC and DAVID HOWARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.: 2:06-CV-00905-WBS-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES ON MOTIONS TO DISMISS AND STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>**Honorable William B. Shubb** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\pensiontrust905.doc      2:06-CV-00905-WBS-JFM
STIPULATION AND ORDER GRANTING 45-DAY EXTENSION

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al.
2  and Defendants MCMORGAN & COMPANY LLC and DAVID HOWARD ("McMorgan
3  Defendants"), by and through their counsel, hereby stipulate to an approximate 45-day extension of
4  briefing/hearing dates on the Defendants' Motions to Dismiss State Law Claims Under Federal Rule
5  of Civil Procedure 12(b)(6) and the Status (Pretrial Scheduling) Conference.  Good cause exists for
6  the stipulated extension:
7      1.  The Plaintiffs and the McMorgan defendants are exploring the possibility of an early
8  private mediation that would address all of Plaintiff's claims.  The extension is sought to permit
9  these parties the opportunity to exchange information informally and/or pursuant to the required
10 disclosures of information and meet-and-confer between counsel under FRCP 26(f), and then
11 determine whether early mediation will be appropriate, without the need to complete the briefing
12 and hearing of the motion to dismiss, and to complete the Status Conference procedure; and
13     2.  The remaining Defendants are currently being served with the summons and
14 complaint, and will be invited to participate in the informational exchange and possible early
15 mediation, thereby promoting efforts to resolve as much of the case as possible at this early stage.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-                                                   2:06-CV-00905-WBS-JFM
STIPULATION AND ORDER GRANTING 45-DAY EXTENSION

PDF created with pdfFactory trial version www.pdffactory.com

1  Based on the foregoing, Plaintiffs and the McMorgan Defendants jointly request an order
2  re-scheduling:
3  1. The date of the hearing for Defendants' Motions to Dismiss from June 26, 2006 at
4  1:30 p.m. to August 7, 2006 at 1:30 p.m., with the opposition and reply briefing deadlines to be
5  based upon the new hearing date; and
6  2. The Status (Pretrial Scheduling) Conference from July 31, 2006 at 9:00 a.m. to
7  September 11, 2006 at 9:00 a.m., with the statement submission deadline to be based on the new
8  date.

IT IS SO STIPULATED.

Dated: June 7, 2006           BARGER & WOLEN LLP


By:   /s/ J. Russell Stedman
      J. Russell Stedman, Esq.
      Attorneys for McMORGAN & COMPANY
      LLC and DAVID HOWARD


Dated: June 7, 2006___        MASTAGNI, HOLSTEDT, AMICK, MILLER,
                              JOHNSEN & UHRHAMMER


By:   /s/ David Mastagni
      David Mastagni, Esq.
      Attorneys for PENSION TRUST FUND FOR
      OPERATION ENGINEERS LOCAL 3 ET AL.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO AN EXTENSION FOR OF BRIEFING/HEARING DATES ON DEFENDANTS' MOTIONS TO DISMISS STATE LAW CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND STATUS (PRETRIAL SCHEDULING) CONFERENCE, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that

1. The hearing for the Defendants' Motions to Dismiss is re-scheduled to   August 7  , 2006 at 1:30 p.m., and the opposition and reply briefing deadlines will be based upon the new hearing date, and

2. The Status (Pretrial Scheduling) Conference is re-scheduled to   September 11  , 2006 at 9:00 a.m., and the statement submission date will be based on the new Conference date.

Dated: June 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-                                                         2:06-CV-00905-WBS-JFM
STIPULATION AND ORDER GRANTING 45-DAY EXTENSION

PDF created with pdfFactory trial version www.pdffactory.com