JAMES N. KRAMER (SBN 154709) (admission pending)
GABRIEL Z. REYNOSO (SBN 234027)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	415-773-5700
Facsimile:	415-773-5759
jkramer@orrick.com
greynoso@orrick.com

Attorneys for Defendant
LIFFEY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>            Plaintiffs,<br><br>    v.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>            Defendants. | Case No.  2:06-CV-00905-WBS-JFM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br><br>**Honorable William B. Shubb** |

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Local Rule 83-143, Plaintiffs PENSION TRUST FUND FOR
2  OPERATION ENGINEERS LOCAL 3 et al. and Defendant LIFFEY, LLC ("Liffey"), hereby
3  stipulate by and through their attorneys of record that the time for Liffey to respond to the
4  complaint in this action is extended to September 18, 2006.

Dated: July 7, 2006                 ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                           /s/ Gabriel Z. Reynoso
                                                           Gabriel Z. Reynoso
                                                           Attorneys for Defendant
                                                           LIFFEY, LLC

Dated: July 7, 2006                 MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                    JOHNSEN & UHRHAMMER

                                                           /s/ Amanda Uhrhammer
                                                           Amanda Uhrhammer
                                                           Attorneys for Plaintiffs
                                                           PENSION TRUST FUND FOR OPERATION
                                                           ENGINEERS LOCAL 3 et al.

**[PROPOSED] ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO AN EXTENSION OF TIME FOR LIFFEY, LLC TO RESPOND TO COMPLAINT, IT IS HEREBY ORDERED that

1. The time for Liffey to respond to the complaint in this action is extended to September 18, 2006.

Dated: July 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE