1 | DAVID MASTAGNI/SBN 57721
AMANDA UHRHAMMER/SBN 199445
2 | **MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
3 | A Professional Corporation
1912 I Street
4 | Sacramento, CA 95814
Telephone: (916) 446-4692
5 | Facsimile: (916) 47-4614

6 | Attorneys for Plaintiffs
PENSION TRUST FUND FOR OPERATING
7 | ENGINEERS LOCAL 3; BOARD OF TRUSTEES
OF THE PENSION TRUST FUND FOR
8 | OPERATING ENGINEERS LOCAL 3; JOHN
BONILLA; GIL CROSTHWAITE; ROBERT DOUB;
9 | THOMAS HOLSMAN; JOHN HUMBER;
JIM MURRAY; RICHARD PIOMBO;
10 | RENE VERERUYSSEN; KEN WALTERS;
LANCE WILHELM; CURTIS BROOKS;
11 | RUSS BURNS; CARL GOFF; FRANK
HERRERA; T. ROBERT MILLER;
12 | WALT POWERS; JOE VIEIRA; ROB WISE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE<br><br>Plaintiffs,<br>v.<br>MCMORGAN & CO.; MCMORGAN & COMPANY, LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENBERG; VAN BOURG, WEINBERG, ROGER & ROSENBERG; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE<br>Defendants. | **Case No.   2:06-CV-00905-WBS-PAN**<br><br>STIPULATION TO MOVE THE MOTION TO DISMISS STATE LAW CLAIMS CURRENTLY SCHEDULED TO BE HEARD ON AUGUST 7, 2006 TO SEPTEMBER 5, 2006, [PROPOSED ORDER]<br><br>PREVIOUS MOTION DATE: 8/7/06<br>PROPOSED NEW MOTION DATE: 9/5/06<br><br>**Honorable William B. Shubb** |
|---|---|

STIPULATION and [PROPOSED] ORDER         1         Case No.   2:06-CV-00905-FCD-PAN

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLAINTIFF'S PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3, et al. AND DEFENDANTS MCMORGAN & COMPANY LLC and DAVID HOWARD, by and through their counsel, hereby stipulate to move the hearing date on the Defendants' Motion to Dismiss State Law Claims.  Good cause exists for the stipulated extension:

a) Parties are still in the process of organizing an early mediation that would address all of plaintiff's claims.   The parties are attempting to schedule mediation for sometime in September or October, 2006.

b) Summons and Complaints have only recently all been served.  Parties are still joining this matter and will be invited to participate in and have expressed interest in early mediation efforts.

c). Motions of other parties are currently scheduled for September 5, 2006 and the undersigning parties wish the motion which is the subject of this stipulation be heard on the same day as the other motions.

//

//

Based on the foregoing, Plaintiffs and the McMorgan Defendants jointly request an order re-scheduling:

1. The date of the hearing for Defendants' Motion to Dismiss State Law Claims from August 7, 2006 to September 5, 2005 at 1:30 p.m., with the opposition and reply briefing deadlines to be based upon the new hearing date.

IT IS SO STIPULATED.

DATED: July 18, 2006            **BARGER & WOLEN, LLP**

                                 /s/
                                 TINO X. DO
                                 Attorneys for MCMORGAN & COMPANY LLC
                                 and DAVID HOWARD

DATED: July 18, 2006            **MASTAGNI, HOLSTEDT, AMICK,
                                 MILLER, JOHNSEN & UHRHAMMER**

                                 /s/
                                 AMANDA UHRHAMMER
                                 Attorneys for PENSION TRUST FUND FOR
                                 OPERATION ENGINEERS LOCAL 3 et al.

**ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO CONTNUE THE MOTION TO DISMISS STATE LAW CLAIMS FROM AUGUST 7, 2006 TO SEPTEMBER 5, 2006 AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT

1. The hearing date for Defendant's Motion to Dismiss State Law Claims is re-scheduled to September 5, 2006, at 1:30 p.m., and the opposition and reply briefing deadlines will be based upon the new hearing date.

Date:  July 19, 2006

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE