J. Russell Stedman (117130), rstedman@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendants
MCMORGAN & COMPANY LLC and DAVID HOWARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>       Plaintiffs,<br><br>vs.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>       Defendants. | **CASE NO.:  2:06-CV-00905-WBS-JFM**<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>**Honorable William B. Shubb** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al. and Defendants, McMORGAN & COMPANY LLC and DAVID HOWARD ("McMorgan Defendants"), LIFFEY, LLC ("LIFFEY Defendant"), STANTON, KAY &WATSON, JAMES WATSON and EDWARD MEVI ("Stanton Defendants") and WEINBERG, ROGER & ROSENFELD and BARRY HINKLE ("Weinberg Defendants"), by and through their counsel, hereby stipulate to an extension for the date of the Status (Pretrial Scheduling) Conference. Good cause exists for the stipulated extension.

## **RECITALS**

1. The Court has previously extended the date of the Status (Pretrial Scheduling) Conference from July 31, 2006 to September 11, 2006 to enable the parties to engage in early settlement discussions and the exchange of information; and

2. All Defendants have been served with the summons and complaint. Furthermore, all Defendants, with the sole exception of PAYNE, THOMPSON, WALKER & TAAFFE, have either filed or joined in Motions to Dismiss, all of which are scheduled to be heard by this Court on September 5, 2006. The resolution of these Motions to Dismiss may better define the scope of the Plaintiffs' claims and affect the possibility of early settlement of the Plaintiffs' actions; and

3. Counsel for all parties, with the sole exception of PAYNE, THOMPSON, WALKER & TAAFFE, met telephonically on August 18, 2006, and conferred on case management issues, and have agreed to continue the exchange of information informally and/or pursuant to the required disclosures of information under FRCP 26(f); and

4. The Plaintiffs and the McMorgan Defendants have been actively discussing the possibility of an early private mediation that would address all of Plaintiff's claims; and all Defendants, with the sole exception of PAYNE, THOMPSON, WALKER & TAAFFE, have now entered into these discussions concerning the possibility and scheduling of a formal mediation and have agreed to discuss possible mediation and mediation dates.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-   2:06-CV-00905-WBS-JFM
STIPULATION AND ORDER GRANTING EXTENSION FOR STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

# **STIPULATION**

The parties request the Court to continue the date of the Status (Pretrial Scheduling) Conference from September 11, 2006 at 9:00 a.m. to October 23, 2006 at 9:00 a.m. and to vacate the date for initial disclosures until a date after the potential mediation.  The extension is sought to permit all parties to engage in meaningful settlement discussions after the resolution of the Motions to Dismiss, to exchange information and to schedule and attend a private mediation.

IT IS SO STIPULATED.

Dated:  August 25, 2006            BARGER & WOLEN LLP

By: /s/ Tino Do
Tino X. Do, Esq.
Attorneys for McMORGAN & COMPANY LLC and DAVID HOWARD

Dated:  August 25, 2006___        MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

By: /s/ Amanda Uhrhammer
Amanda Uhrhammer, Esq.
Attorneys for PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 ET AL.

Dated:  August 25, 2006            ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Gabriel Reynoso
Gabriel Reynoso, Esq.
Attorneys for LIFFEY LLC

Dated:  August 25, 2006            KEKER AND VAN NEST LLP

By: /s/ Rachael Meny
Rachael Meny, Esq.
Attorneys for WEINBERG, ROGER & ROSENFELD and BARRY HINKLE

-3-    2:06-CV-00905-WBS-JFM
BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800
STIPULATION AND ORDER GRANTING EXTENSION FOR STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1

2   Dated: August 25, 2006            MURPHY, PEARSON, BRADLEY & FEENEY

3

4                                     By:   /s/ Thomas D'Amato
                                            Thomas D'Amato, Esq.
5                                           Attorneys for STANTON, KAY &WATSON,
                                            JAMES WATSON and EDWARD MEVI

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-                                           2:06-CV-00905-WBS-JFM
STIPULATION AND ORDER GRANTING EXTENSION FOR STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

THE PARTIES HAVING STIPULATED TO AN EXTENSION OF THE STATUS (PRETRIAL SCHEDULING) CONFERENCE, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference is re-scheduled to October 23, 2006 at 9:00 a.m., the joint statement submission date will be based on the new Conference date, and the deadline for initial disclosures will be 14 days following the date of the parties' mediation.

Dated: August 29, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-5-     2:06-CV-00905-WBS-JFM
STIPULATION AND ORDER GRANTING EXTENSION FOR STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com