1  Louise Burda Gilbert, California State Bar No. 70957
   **weintraub genshlea chediak**
2  a law corporation
   400 Capitol Mall, 11th Floor
3  Sacramento, California  95814
   Telephone:    916/558-6000
4  Facsimile:     916/446-1611

5  Attorneys for Defendant
   Payne, Thompson, Walker & Taaffe
6

7                      UNITED STATES DISTRICT COURT
8              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>    Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>    Defendants. | Case No. CIV.S-06-0905 WBS JFM<br><br>INITIAL STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

26       Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant

27  Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

28  / / /

PDF created with pdfFactory trial version www.pdffactory.com

1  an extension of time, up to and including September 18, 2006, for Payne to respond to
2  plaintiffs' complaint.
3       Various motions to dismiss or strike made by other defendants are now currently
4  pending and calendared for hearing on September 5, 2006, at 1:30 p.m.
5       Another defendant has been granted an extension of time to respond to the complaint
6  until September 18, 2006.
7       In the interest of avoiding unnecessary expense and in order that the pending motions
8  may be heard prior to Payne's response, counsel for plaintiffs and Payne have agreed Payne
9  need not respond to the complaint until September 18, 2006.

11  Dated:  August 16, 2006        Respectfully submitted,

12                                 WEINTRAUB GENSHLEA CHEDIAK
13                                 a law corporation

15                                 By:_____
                                       Louise Burda Gilbert
16                                     State Bar No. 70957

17                                 Attorneys for Defendant
                                   Payne, Thompson, Walker & Taaffe

19  Dated:  August ___, 2006       MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                   JOHNSON & UHRHAMMER
20                                 A Professional Corporation

22                                 By:_____
                                       Amanda Uhrhammer
23                                     State Bar No. 199445

                                   Attorneys for Plaintiffs

25  / / /
26  / / /
27  / / /
28  / / /

PDF created with pdfFactory trial version www.pdffactory.com

<u>ORDER</u>

IT IS SO ORDERED that defendant Payne Thompson Walker & Taafe shall have up to and including September 16, 2006 to respond to the plaintiffs' complaint.

Dated: September 12, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com