Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:  916/558-6000
Facsimile:  916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. CIV.S-06-0905 WBS JFM<br><br>INITIAL STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  an extension of time, up to and including October 23, 2006, for Payne to respond to plaintiffs'
2  complaint.
3      Various motions to dismiss or strike made by other defendants are currently pending
4  and now calendared for hearing on September 5, 2006, at 1:30 p.m.  They were taken under
5  submission and a decision will be issued by the Court in due course.
6      In the interest of avoiding unnecessary expense and in order that the pending motions
7  may be decided prior to Payne's response, counsel for plaintiffs and Payne have agreed Payne
8  need not respond to the complaint until October 23, 2006.

9  Dated:  September 14, 2006      Respectfully submitted,

10      WEINTRAUB GENSHLEA CHEDIAK
11      a law corporation

12
13      By:       /S/   Louise Burda Gilbert
     Louise Burda Gilbert
     State Bar No. 70957
14
15      Attorneys for Defendant
     Payne, Thompson, Walker & Taaffe
16

17 Dated:  September 14, 2006      MASTAGNI, HOLSTEDT, AMICK, MILLER,
     JOHNSON & UHRHAMMER
18      A Professional Corporation
19
20      By:       /S/   Amanda Uhrhammer
     Amanda Uhrhammer
     State Bar No. 199445
21
22      Attorneys for Plaintiffs

23          <u>ORDER</u>

24     IT IS SO ORDERED that defendant Payne Thompson Walker & Taafe shall have up to
25 and including October 23, 2006 to respond to the plaintiffs' complaint.

26
27 Dated:  September 16, 2006

28      _William B. Shubb_____
     WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

{12795/15369/LBG/918790.DOC;}      2      Initial Stip. & [Proposed] Order for Ext. of Time for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com