Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:    916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE, <br><br>Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. CIV.S-06-0905 WBS EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

PDF created with pdfFactory trial version www.pdffactory.com

/ / /

an extension of time, up to and including December 18, 2006, for Payne to respond to plaintiffs' complaint.

Plaintiffs will be filing amended complaints on October 24, 2006.

A motion made by defendant Liffey was pending, but has been taken off calendar.

The parties have scheduled a mediation for December 4 and 5, 2006 that may impact the need for further proceedings.

No prejudice will occur if the time for Payne to respond is extended as requested.

Dated: October 18, 2006                     Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
a law corporation


By:   /S/   Louise Burda Gilbert
      Louise Burda Gilbert
      State Bar No. 70957

      Attorneys for Defendant
      Payne, Thompson, Walker & Taaffe


Dated: October 18, 2006                     MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSON & UHRHAMMER
A Professional Corporation


By:   /S/   Amanda Uhrhammer
      Amanda Uhrhammer
      State Bar No. 199445

      Attorneys for Plaintiffs


## ORDER

IT IS SO ORDERED that defendant Payne Thompson Walker & Taaffe shall

PDF created with pdfFactory trial version www.pdffactory.com

1 have up to and including December 18, 2006 to respond to the plaintiffs'
2 complaint.

Dated: October 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{12795/15369/LBG/923270.DOC;}     3     Initial Stip. & [Proposed] Order for Ext. of Time for Def. Payne, et al. to Respond to Complaint

Case 2:06-cv-00905-WBS-EFB   Document 63   Filed 10/20/06   Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com