Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:  916/558-6000
Facsimile:     916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. CIV.S-06-0905 WBS JFM<br><br>INITIAL STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

PDF created with pdfFactory trial version www.pdffactory.com

1  / / /

2  an extension of time, up to and including April 13, 2007, for Payne to respond to
3  plaintiffs' complaint.

4  Payne has provided information to plaintiffs showing that Payne ceased
5  operations in 1995. Payne has also requested that plaintiffs dismiss Payne from
6  the lawsuit.

7  The parties have scheduled a mediation for March 2007 that may impact
8  the need for further proceedings.

9  No prejudice will occur if the time for Payne to respond is extended as
10 requested.

11

12 Dated: September 14, 2006        Respectfully submitted,

13                                  WEINTRAUB GENSHLEA CHEDIAK
14                                  a law corporation

15
16                                  By:      /S/   Louise Burda Gilbert
                                        Louise Burda Gilbert
17                                      State Bar No. 70957

18                                  Attorneys for Defendant
                                    Payne, Thompson, Walker & Taaffe
19

20 Dated: September 14, 2006        MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                    JOHNSON & UHRHAMMER
21                                  A Professional Corporation

22
23                                  By:      /S/   Amanda Uhrhammer
                                        Amanda Uhrhammer
                                        State Bar No. 199445
24
25                                  Attorneys for Plaintiffs

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED that defendant Payne Thompson Walker & Taafe shall have up to and including April 13, 2007 to respond to the plaintiffs' complaint.

Dated: December 13, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com