1  John H. Feeney - 083395
   Thomas J. D'Amato - 219174
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Defendants
   STANTON, KAY & WATSON, JAMES WATSON AND EDWARD MEVI
6

7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9                            SACRAMENTO DIVISION

10

11 PENSION TRUST FUND FOR THE OPERATING      Case No.: 2:06-CV-00905-WSB-EFB
   ENGINEERS, et al.,
12                                           **STIPULATION AND [PROPOSED]
           Plaintiffs,                       ORDER CONTINUING DEADLINE FOR
13                                           PROVIDING INITIAL DISCLOSURES
   v.                                        UNDER FED. R. CIV. P. 26(a)(1)**
14 MCMORGAN & COMPANY, LLC, et al.,
                                             **Honorable William B. Shubb**
15         Defendants.

16

17       Plaintiffs PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3 et al. and

18 Defendants, MCMORGAN & COMPANY LLC and DAVID HOWARD ("McMorgan Defendants"),

19 LIFFEY, LLC ("Liffey"), STANTON, KAY & WATSON, JAMES WATSON and EDWARD MEVI

20 ("Stanton Defendants")and WEINBERG, ROGER & ROSENFELD and BARRY HINKLE

21 ("Weinberg Defendants"), by and through their counsel, hereby stipulate to an extension of time to

22 provide initial disclosures under Fed. R. Civ. P. 26(a)(1).  Good cause exists for the stipulated

23 extension.

24                                      **RECITALS**

25       1.      Counsel for Liffey will be unable to confer with their client in preparing the required

26 Rule 26(a)(1) initial disclosures due to the fact that its primary contacts at Liffey, with authority to

27 approve said initial disclosures, will be unavailable over the next few days as they travel for the

28 Christmas and New Year holidays.  Due to their absence, Liffey will not be able to provide complete

- 1 -
_____
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PROVIDING INITIAL
DISCLOSURES UNDER FED.R.CIV.P.26(a)(1)

PDF created with pdfFactory trial version www.pdffactory.com

1  initial disclosures by the existing December 26, 2006 deadline; and

2        2.      Counsel for all parties, with the sole exception of PAYNE, THOMPSON, WALKER & TAAFFE, met telephonically on August 18, 2006, and conferred on case management issues, including but not limited to Rule 26(a)(1) initial disclosures, in advance of the initial status conference; and

3        3.      All parties, with the sole exception of PAYNE, THOMPSON, WALKER & TAAFFE, submitted a Joint Status Report on December 4, 2006.  PAYNE, THOMPSON, WALKER & TAAFFE did not submit any such statement in advance of the initial status conference.  On December 15, 2006, the Court issued a Status (Pretrial Scheduling) Order addressing discovery, pretrial matters, and setting a trial date in the cases ordered related by this Court (2:06-CV-00904, 2:06-CV-00905, and 2:06-CV-00907); and

4        4.      PAYNE, THOMPSON, WALKER & TAAFFE, has been granted until April 13, 2007 to respond to Plaintiffs' First Amended Complaint.  *See* Court Order, dated December 13, 2006.  As such, PAYNE, THOMPSON, WALKER & TAAFE is not affected by this joint stipulation to extend the deadline to provide initial disclosures under Fed. R. Civ. P. 26(a)(1).

## **STIPULATION**

The parties request the Court to continue the deadline to provide initial disclosures under Fed. R. Civ. P. 26(a)(1) from December 26, 2006 to January 12, 2007.  The extension is sought to permit all parties to confer with their respective legal counsel in preparing, and in advance of providing, the required initial disclosures.

**IT IS SO STIPULATED.**

Dated: December 20, 2006        MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

/s/ Amanda Uhrhammer
Amanda Uhrhammer, Esq.
Attorneys for Plaintiffs
PENSION TRUST FUND FOR OPERATING
ENGINEERS LOCAL 3 et al.

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PROVIDING INITIAL DISCLOSURES UNDER FED.R.CIV.P.26(a)(1)

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: December 20, 2006 | BARGER & WOLEN LLP |
| 2 | | |
| 3 | | /s/ Tino Do |
| 4 | | Tino Do, Esq.<br>Attorneys for Defendants<br>McMORGAN & COMPANY LLC and |
| 5 | | DAVID HOWARD |
| 6 | | |
| 7 | | |
| 8 | Dated: December 20, 2006 | KEKER AND VAN NEST LLP |
| 9 | | |
| 10 | | /s/ Rachael Meny |
| 11 | | Rachael Meny, Esq.<br>Attorneys for Defendants<br>WEINBERG, ROGER & ROSENFELD and |
| 12 | | BARRY HINKLE |
| 13 | | |
| 14 | | |
| 15 | Dated: December 20, 2006 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 16 | | |
| 17 | | /s/ Thomas D'Amato |
| 18 | | Thomas D'Amato, Esq.<br>Attorneys for Defendants<br>STANTON, KAY & WATSON, |
| 19 | | JAMES WATSON and EDWARD MEVI |

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PROVIDING INITIAL
DISCLOSURES UNDER FED.R.CIV.P.26(a)(1)

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED TO AN EXTENSION OF THE DEADLINE TO PROVIDE INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1), AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that

1. The deadline for providing initial disclosures under Fed. R. Civ. P. 26(a)(1) is extended to January 12, 2007.

Dated: December 21, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com