1  J. Russell Stedman (117130), rstedman@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California  94108
   Telephone:  (415) 434-2800
4  Facsimile:  (415) 434-2533

5  Attorneys for Defendants
   MCMORGAN & COMPANY LLC and DAVID
6  HOWARD

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11  PENSION TRUST FUND FOR OPERATING      )   **CASE NO.:  2:06-CV-00905-WBS-EFB**
    ENGINEERS LOCAL 3; BOARD OF           )
12  TRUSTEES OF THE PENSION TRUST         )
    FUND FOR OPERATING ENGINEERS          )   **JOINT STIPULATION AND [PROPOSED]**
13  LOCAL 3; JOHN BONILLA; GIL            )   **ORDER TO DISMISS ACTION WITH**
    CROSTHWAITE; ROBERT DOUB;             )   **PREJUDICE**
14  THOMAS HOLSMAN; JOHN HUMBER;          )
    JIM MURRAY; RICHARD PIOMBO; RENE      )
15  VERERUYSSEN; KEN WALTERS; LANCE       )   **Honorable William B. Shubb**
    WILHELM; CURTIS BROOKS; RUSS          )
16  BURNS; CARL GOFF; FRANK HERRERA;      )
    T. ROBERT MILLER; WALT POWERS; JOE    )
17  VIEIRA; ROB WISE,                     )
                                          )
18            Plaintiffs,                 )
                                          )
19        vs.                             )
                                          )
20  MCMORGAN & CO.; MCMORGAN &            )
    COMPANY LLC; STANTON, KAY &           )
21  WATSON; WEINBERG, ROGER &             )
    ROSENFELD; VAN BOURG, WEINBERG,       )
22  ROGER & ROSENFELD; JAMES WATSON;      )
    BARRY HINKLE; EDWARD MEVI; DAVID      )
23  HOWARD; PAYNE, THOMPSON,              )
    WALKER & TAAFFE; AND DOES 1 TO        )
24  100, INCLUSIVE,                       )
                                          )
25            Defendants.                 )

26

27

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

2:06-CV-00905-WBS-EFB

STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

Case 2:06-cv-00905-WBS-EFB   Document 102   Filed 07/25/07   Page 2 of 4

1  Plaintiffs PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al.
2  and Defendants MCMORGAN & COMPANY LLC, DAVID HOWARD, LIFFEY, LLC,
3  WEINBERG, ROGER & ROSENFELD (formerly known as VAN BOURG, WEINBERG, ROGER
4  & ROSENFELD), BARRY HINKLE, STANTON, KAY & WATSON, JAMES WATSON and
5  EDWARD MEVI ("Defendants"), by and through their counsel, hereby stipulate to dismissal of this
6  action in its entirety with prejudice.
7  IT IS SO STIPULATED.

Dated: July __, 2007        BARGER & WOLEN LLP

By:    /s/ J. Russell Stedman
       J. Russell Stedman, Esq.
       Attorneys for McMORGAN & COMPANY
       LLC and DAVID HOWARD

Dated: July __, 2007        MASTAGNI, HOLSTEDT, AMICK, MILLER,
                            JOHNSEN & UHRHAMMER

By:    /s/ David Mastagni
       David Mastagni, Esq.
       Attorneys for PENSION TRUST FUND FOR
       OPERATION ENGINEERS LOCAL 3 ET AL.

Dated: July __, 2007        KEKER & VAN NEST LLP

By:    /s/ Rachael Meny
       Rachael Meny, Esq.
       Attorneys for WEINBERG, ROGER &
       ROSENFELD and BARRY HINKLE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-                     2:06-CV-00905-WBS-EFB
STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: July __, 2007 | MURPHY, PEARSON, BRADLEY & FEENEY LLP |

By:  /s/ John Feeney
      John Feeney, Esq.
      Attorneys for STANTON, KAY & WATSON,
      JAMES WATSON and EDWARD MEVI

Dated: July __, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ James Kramer
      James Kramer, Esq.
      Attorneys for LIFFEY, LLC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1    **[~~PROPOSED~~] ORDER**

2         IT IS SO ORDERED that the above-captioned matter is dismissed in its entirety with

3    prejudice.

4    Dated:  July 24, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-4-                                   2:06-CV-00905-WBS-EFB
STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com